IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREGORY D. PHILLIPS                                                                                    PLAINTIFF

    v.                                    Civil No. 07-5051

NURSE ANDREA GARRETT; and
DR. HUSKINS                                                                                             DEFENDANTS

### ORDER

    As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **September 19, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

    IT IS SO ORDERED this 14th day of June 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)