IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREGORY D. PHILLIPS                                            PLAINTIFF

      v.                              Civil No. 07-5051

NURSE ANDREA GARRETT; and
DR. HUSKINS                                                   DEFENDANTS

**O R D E R**

Defendants filed a motion for summary judgment (Doc. 13). To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Gregory D. Phillips is hereby directed to complete, sign, and return the attached response to defendants' motion for summary judgment on or before **August 11, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 15th day of July 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREGORY D. PHILLIPS                                                          PLAINTIFF

      v.                                        Civil No. 07-5051

NURSE ANDREA GARRETT; and
DR. HUSKINS                                                                 DEFENDANTS

## **RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  GREGORY D. PHILLIPS

These questions and answers will serve as your response to defendants' motion for summary judgment.  You may use additional sheets of paper in responding to these questions. You must file this response by **August 11, 2008.**

1.  On February 5, 2007, you were booked into the Benton County Detention Center (BCDC) on a failure to appear charge.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 1.

_____

_____

_____

_____

2.  Were you released that day?

Answer:

_____

_____

_____

_____

3(A).   You were booked again on February 6, 2007, on rape charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

3.

_____

_____

_____

_____

(B).  When were you transferred to the Arkansas Department of Correction (ADC) or

released from the BCDC?

Answer:

_____

_____

_____

_____

4.  Your property was inventoried on February 6th and included black boots, a black

cap, a blue shirt, black pants, and no money.

-3-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 6.

_____

_____

_____

_____

5.  You had no medication with you at the time of booking.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 6.

_____

_____

_____

_____

6.  On February 6th you completed a medical questionnaire.  You indicated you were allergic to medications or foods containing sulfa, had leukemia, and were borderline diabetic.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

-4-

_____

_____

    7.   On February 6th you signed an inmate medical insurance information form

agreeing that you were responsible for medical treatment for any pre-existing injury or illness

prior to incarceration at the BCDC.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

    8.   On February 7th you were seen by medical personnel due to complaints of

midsternal chest pain.  You stated the pain started approximately thirty minutes ago while

you were lying down.  You stated both arms were tingly.  Your blood pressure was 120/80

and you had no other symptoms.  You were instructed that if your symptoms became worse

to let the deputy know and you would be re-evaluated.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

48.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

    9.  On February 9th Deputy Thomas Lee reported that while he was working in E-pod

performing head counts the emergency button went off in cell #216 in E-102.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

    10.  Deputy Ewing answered the button and you indicated you were having suicidal

thoughts and needed to talk to a sergeant.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to  Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

    11.  Lee called Sgt. Faulkenbury and informed him of the situation.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-6-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

12.  Sgt. Faulkenbury had you moved to the bottom tier and placed in an anti-suicide smock.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

13.  You were moved to cell 123 in E-102 and put on fifteen minute checks.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 1.

_____

_____

_____

-7-

_____

14.  On February 9th you submitted a medical request.  You stated you were having severe lower back pain.  You said you were misunderstood and put in a suicide smock.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 3.

_____

_____

_____

_____

15.  You were taken off suicide watch.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

16.  On February 11th you submitted another medical request stating you were having severe lower back pain in your kidneys and "couldn't go" because of it.  Plus you stated you were put in a suicide smock on Friday because of a misunderstanding.  You stated you wanted to be taken out of it.  You indicated you had cancer and it was easy for you to become

-8-

sick.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

17.  You were seen by Dr. John Huskins on February 12th.  He noted you were complaining of low back pain.  You told him you were not suicidal and had been in a smock.  You also stated you had been in Washington Regional two weeks ago and had been told you had leukemia.  He decided to obtain your records.  He prescribed Tylenol.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

18.  On February 14th you asked for information concerning your charges.  You were told you were being held on rape charges and a violation of Arkansas hot check law charge.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

-9-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

19.  On February 15th you requested to speak to the chaplain about a Bible study. You also complained that you could not reach your family by phone because they only had cell phones.  In response Cpl. Barnett stated the ministers had been notified.  You were also told the phone could only call out to land lines.  You were told you would have to write to your family.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

20. On February 16th you submitted a grievance.  You stated you needed to go to the emergency room.  You stated you were complaining about pain in your kidney area in your sides, your stomach hurting, and problems urinating.  You stated you had seen the doctor and nothing was done.  In response, Captain Petray told you the doctor made the medical

-10-

decisions in the jail.  He said he would forward your grievance to medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 4.

_____

_____

_____

_____

21.   On February 16th you submitted a request stating you would like to be transferred

to the Washington County Jail.  You stated you felt it was unsafe in Benton County.  You

stated you were not getting the medical care you needed.  You also asked for a 1983 form.  In

response, you were told the doctor made the medical decisions at the jail.  You were also told

they did not provide 1983 forms.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 5.

_____

_____

_____

_____

22.   On February 18th you submitted a medical request.  You stated you were still

having severe back pain, pain in your kidney area, and stomach pain.  You also stated you

AO72A
(Rev. 8/82)

were having trouble "going pee."  You also asked for your cup back so you could drink plenty

of water.  Finally, you asked for an extra blanket and mat.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 6.

_____

_____

_____

_____

23.   You were seen by Dr. Huskins on February 21st.  He noted you were having flank

pain primarily on the right side.  Upon examination he noted no tenderness.  He prescribed

Cipro, an antibiotic, for three days.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 7.

_____

_____

_____

_____

24.   You received the prescribed medication.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

-12-

page 33.

_____

_____

_____

_____

25.  On February 22nd you asked to be allowed to shave your face.  You indicated you were getting bumps on your face.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 8.

_____

_____

_____

_____

26.   In response, the nurse said that was totally up to the pod deputies' discretion.  She stated she had nothing to do with shaves.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 8.

_____

_____

_____

-13-

27.  On February 26th you submitted a medical request.  You stated you were still having a lot of pain in your kidney and stomach area and trouble going pee.  You stated you believed you were going to have to go some where else and have some tests done.  If it kept going no where, you stated you would be forced to file a 1983 form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 9.

_____

_____

_____

_____

28.  On February 28th you were seen by Dr. Huskins.  He noted you were in for flank pain and also felt like you were having problems urinating.  You were prescribed Keflex.  He also noted they needed a CBC (complete blood count) and a urinalysis in the near future.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 10.

_____

_____

_____

_____

-14-

29.  On February 28th Nurse Garrett obtained your signature on a medical release form to obtain a copy of your medical records.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 11.

_____

_____

_____

_____

30.  On February 28th a pair of glasses was delivered to the jail for you by Peggy Williams.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 7.

_____

_____

_____

_____

31.  On March 5th you submitted a medical request for Carmex for your lips.  You also complained your feet and elbows were cracking and you were still having trouble urinating and pain in the kidney area.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-15-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 13.

_____

_____

_____

_____

32.  You were seen by Dr. Huskins on March 7th.  He noted you continued to have flank pain and some trouble urinating.  He continued you on Keflex for another week.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 14.

_____

_____

_____

_____

33.  On March 11th you submitted a medical request for cracking feet and elbows.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 15.

_____

_____

_____

-16-

_____

34.   You were seen by Nurse Garrett on March 12th.  She provided you with cortisone cream and Carmex.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 49.

_____

_____

_____

_____

35.   On March 13th you submitted a medical request stating you believed the lunch meat was making you sick.  You asked for peanut butter for lunch or supper or something else.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 17.

_____

_____

_____

_____

36.   In response, you were told "no diet changes."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-17-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 17.

_____

_____

_____

_____

37.  On March 14th you were seen by Dr. Huskins who noted you were on Cipro and Keflex.  He noted your recent CBC and urine tests were negative.  He prescribed Macrodantin.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 18.

_____

_____

_____

_____

38.  On March 14th you submitted a grievance wanting to know why you couldn't become a trustee.  In response, you were told that if they wanted you as a trustee they would make you one.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 6.

-18-

_____

_____

_____

_____

39.  On March 15th you requested the address of the Governor's office and the office
of Senator Jim Argue of Little Rock.  In response you were told to ask a friend or family
member.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at
page 7.

_____

_____

_____

_____

40.  On March 16th you submitted a medical request complaining you had not started
getting the Carmex and lotion for your lips and elbow.  You stated your lips were getting
worse and you were getting fever blisters on them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at
page 19.

_____

_____

-19-

_____

_____

41.  In response, Nurse Garrett stated she made a medication sheet and you would start receiving the Carmex and lotion and at noon the following day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 19.

_____

_____

_____

_____

42.   On March 19th you submitted a medical request stating you were still having pain and problems with your kidneys.  When you urinated you stated there were traces of blood and you were also throwing up.  You stated something needed something to be done before you had to be put in the hospital over it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 20.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

43.  In response, someone wrote see the nurse on March 23rd.  Did you receive any treatment on March 23rd?

Answer:   Yes _____ No _____.

If you answered yes, please state what treatment you received.

_____

_____

_____

_____

44.  On March 26th you requested something to dig out an ingrown toenail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 21.

_____

_____

_____

_____

45.  On March 26th you submitted another medical request stating that you were not seen by the Nurse on March 23rd.  You stated you were still having trouble with your kidneys and when you urinated there was blood in it.  You stated something needed to be done immediately.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

AO72A
(Rev. 8/82)

page 22.

_____

_____

_____

_____

46(A).  You were seen by Dr. Huskins on March 28th.  He noted you were

complaining of kidney pain.  He noted you were on antibiotics and your symptoms had

resolved.  He also noted your CBC and urinalysis were negative.  He prescribed

Phenazopyrid for ten days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 23 and page 39.

_____

_____

_____

_____

(B).  You received the Phenazopyrid.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 39.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

47.  On April 7th you submitted a medical request.  You stated that your sinuses were messed up and it was hard to breathe.  You also stated it was the last day of your medication for your kidneys and you were still having problems.  You stated that you would like to see about getting pain medication for headaches and your right knee.  You noted you had surgery on your right knee in the past and it hurt sometimes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 24.

_____

_____

_____

_____

48.  In response, Nurse Garrett wrote that you would see the doctor on Friday.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 24.

_____

_____

_____

_____

-23-

49.  You were seen by Dr. Huskins on April 13th.  He noted you had sinus pressure and a history of urinary frequency.  Because of this history, Dr. Huskins wanted to avoid antihistamine decongestant.  He prescribed Tylenol for five days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 25.

_____

_____

_____

_____

50.  On April 16th you submitted a grievance complaining about a fellow inmate, David Mitchell, causing problems in the pod.  In response, Captain Petray stated he would inform the pod to look for the problems you mentioned.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 8.

_____

_____

_____

_____

51.  On April 19th Nurse Garrett treated you for a headache and provided you with Tylenol.

-24-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 49.

_____

_____

_____

_____

52(A).   On April 22, 2007, you submitted a medical request complaining about your right knee hurting.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 26.

_____

_____

_____

_____

(B).  You were seen by Nurse Garrett on April 25th.  You were prescribed Tylenol for a week and you also complained of your lips being chapped and were prescribed Carmex.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 46.

_____

_____

_____

_____

53.  On April 28th you submitted a medical request stating that you still had not been allowed to get the Carmex.  You also asked if you could get two tablets of Tylenol three times a day instead of one tablet.  Nurse Garrett responded that she ordered the Carmex but the Tylenol prescription would stay the same.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 27.

_____

_____

_____

_____

54(A).  On May 2nd you submitted a medical request.  You noted that your Tylenol prescription ran out that day.  Because of your headaches, knee pain, and foot pain, you asked if it could be redone as an as needed prescription.  You also asked if the Carmex could be redone also.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 28.

_____

-26-

_____

_____

_____

(B).  In response, Nurse Garrett authorized you to have Ibuprofen on an as needed basis every six hours for four weeks.  However, she refused your request for Carmex.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 28 and page 46.

_____

_____

_____

_____

55.  On May 16, 2007, you submitted a grievance about being moved from a cell you had shared with Robert Mix.  In response, you were told that the jail staff made the housing arrangements.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 9.

_____

_____

_____

_____

-27-

56.   On May 31st you submitted a grievance stating that your right foot and leg had been hurting.  You stated you put in a request a week ago and had not seen anyone about it. You stated you were having trouble sleeping because of the pain.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 29.

_____

_____

_____

_____

57.   You were seen by Dr. Huskins on June 1st.  He prescribed additional medication and you received the medication.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 46.

_____

_____

_____

_____

58.  On June 6, 2007, you submitted a medical request because of a stuffy nose.  You also asked for Carmex because your lips were dry.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

-28-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 30.

_____

_____

_____

_____

59.  In response, Nurse Garrett on June 7th prescribed Benadryl twice a day for one week.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 46.

_____

_____

_____

_____

60.   You received all medication prescribed to you by Dr. Huskins and Nurse Garrett.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages 31-45.

_____

_____

_____

61.   You received all medical care and treatment prescribed to you by the Dr.

Huskins and Nurse Garrett.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

62.   All orders of the jail medical staff were carried out by personnel at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

63.   Please explain in detail how you believe Dr. Huskins exhibited deliberate

indifference to your serious medical needs.

Answer:

-30-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   64.  Please explain in detail how Nurse Garrett exhibited deliberate indifference to

-31-

your serious medical needs.

      Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

65.   You received all medical care and treatment Dr. Huskins believed in the exercise of his medical judgment that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

66.   You received all medical care and treatment Nurse Garrett believed in the exercise of her judgment that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-33-

_____

_____

_____

_____

_____

_____

67.   Did you suffer any physical injury as a result of a delay in your receiving medical care while at the BCDC?

Answer:  Yes _____   No _____.

If you answered yes, please state:  (a) the physical injury you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received medical treatment; (e) the treatment you received; (f) how long it took you to recover from the treatment; and (g) attach to this response medical records establishing the existence of the injuries or the effect the delay in treatment had on your health.  If you do not have any records, explain to the court why you do not have any records.

_____

_____

_____

_____

_____

_____

_____

-34-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

68.  Each time you requested medical care or treatment you were seen by a jail nurse or doctor within a few days of your request.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

69.  You received all medication indicated on the medication logs contained in

-35-

Defendants' Exhibit 2 at pages 31 to 45.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, be specific refer the court to the pages of the

medication log contained in Defendants' Exhibit 2 and indicate what medication you

did not receive.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-36-

_____

_____

_____

     Detail below any further response you would like to make to defendants' motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2008.


_____

     GREGORY D. PHILLIPS


-37-